IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANTOS AMADOR, DARWIN ORTIZ, and MARIO AVILA, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>-against-<br><br>109-19 FOOD CORP., RUHANA FOOD INTERNATIONAL LLC, LIBERTY WHOLESALE FOOD CORP., 241-11 LINDEN FOOD CORP., 16611 FOOD CORP., RAMIZA FOOD CORP., 351 N. CENTRAL FOOD CORP., FOOD FARM CORP., FOOD FARM GROUP, INC., SHEAK RIPON a/k/a "RONNIE SHEIKH", and SYEDA SHAHTAJ, Jointly and Severally,<br><br>                      Defendants. | No. 21-cv-4633(EK)(VMS) |

**NOTICE OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

PLEASE TAKE NOTICE, that upon the following memorandum of law, the declaration of Brent E. Pelton, Esq., and supporting materials filed herein, Plaintiffs hereby move this Court for an order of Default Judgment:

(1) Entering default judgment as to liability for all Defendants, jointly and severally, in favor of Plaintiffs, for all Plaintiffs' Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") claims for unpaid minimum wage, unpaid overtime premiums, unpaid spread of hours premiums, failure to provide wage statements, and failure to provide wage notices;

1

(2) Entering default judgment as to damages as to all Defendants, jointly and severally, in favor of Plaintiffs, in the following amounts:

Santos Amador: $83,271.09

Mario Avila: $117,632.28

Darwin Ortiz: $162,490.86;

(3) Awarding attorneys' fees in favor of Plaintiffs in the amount of $24,069.17 and litigation expenses in the amount of $3,710.25 to Pelton Graham LLC, plus any additional expenses to be provided by Plaintiffs in supplemental filings pursuant to any additional Orders of the Court; and

(4) Providing for such other relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that the motion will be heard at 225 Cadman Plaza East, Brooklyn, New York 11201 in the courtroom of the Honorable Eric Komitee, United States District Judge, at a time to be set by the Court.

Dated: New York, New York
       November 14, 2022                    Respectfully submitted,

                                            **PELTON GRAHAM LLC**

                                            By: ___/s/ Brent E. Pelton___
                                            Brent E. Pelton (BP 1055)
                                            Taylor B. Graham (TG 9607)
                                            111 Broadway, Suite 1503
                                            New York, New York 10006
                                            Telephone: (212) 385-9700
                                            Facsimile: (212) 385-0800

                                            *Attorneys for Plaintiffs*

2