```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x
```

SANTOS AMADOR, individually and on behalf of all others similarly situation, DARWIN ORTIZ, individually and on behalf of all others similarly situation, MARIO AVILA, individually and on behalf of all others similarly situated,

                Plaintiffs,

        -against-

109-1 FOOD CORP., jointly and severally, RUHANA FOOD INT'L LLC, jointly and severally, LIBERTY WHOLESALE FOOD CORP., jointly and severally, 16611 FOOD CORP., jointly and severally, RAMIZA FOOD CORP., jointly and severally, 351 N. CENTRAL FOOD CORP., jointly and severally, FOD FARM CORP., jointly and severally, SHEAK RIPON, jointly and severally, A/K/A RONNIE SHEIK, SYEDA SHAHTAJ, jointly and severally,

                Defendants.

**MEMORANDUM & ORDER**
21-CV-4633(EK)(VMS)

```
-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The court has received Magistrate Judge Scanlon's Report and Recommendation (R&R) dated March 31, 2024.  ECF No. 54.  Judge Scanlon recommends that the court grant the plaintiffs' motion to strike Defendant Sheak Ripon's answer.  Neither party has filed objections and the time to do so has expired.  Accordingly, the court reviews Judge Scanlon's

recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).  Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety.  Thus, plaintiffs' motion to strike defendant Ripon's answer is granted.  The Clerk of Court is respectfully directed to strike Ripon's answer, at ECF No. 17, from the docket.  Given defendant Ripon's continued lack of participation in the case, the plaintiffs' may request a certificate of default by May 14, 2024, and after it is entered, move for a default judgment.

SO ORDERED.

    /s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:   April 23, 2024
        Brooklyn, New York