```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

 SANTOS AMADOR, DARWIN ORTIZ, and
 MARIO AVILA,
                                              MEMORANDUM & ORDER
                       Plaintiffs,            21-CV-4633 (EK)(VMS)

            -against-

 109-19 FOOD CORP., RUHANA FOOD
 INTERNATIONAL LLC, LIBERTY WHOLESALE
 FOOD CORP., 241-11 LINDEN FOOD CORP.,
 16611 FOOD CORP., RAMIZA FOOD CORP.,
 351 N. CENTRAL FOOD CORP., FOOD FARM
 CORP., FOOD FARM GROUP, INC., SHEAK
 RIPON a/k/a RONNIE SHEIK,
 individually, and SYEDA SHAHTAJ,
 individually.

                       Defendants.
-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

       The Court has received Magistrate Judge Scanlon's Report and Recommendation (R&R) dated March 14, 2025. ECF No. 67. Judge Scanlon recommends as follows:

       ***First,*** that a default judgment enter holding the defendants liable (1) to Santos Amador for overtime violations under the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL"); (2) to Darwin Ortiz for overtime and minimum-wage violations under the FLSA and the NYLL; and (3) to Mario Avila for overtime violations under the FLSA and the NYLL,

and for minimum-wage and spread-of-hours violations under the NYLL.

*Second*, that the motion for default judgment be denied as to all plaintiffs' unpaid-wages claims; Amador's minimum-wage and spread-of-hours claims; Ortiz's spread-of-hours claims; Avila's minimum-wage claims under the FLSA; certain FLSA claims that accrued before August 17, 2018; and certain NYLL claims that accrued before January 1, 2015.

*Third*, that the motion for default judgment be denied as to the plaintiffs' wage-notice and wage-statements claims, and that such claims be dismissed without prejudice for lack of standing.

*Fourth*, that the motion for default judgment be denied without prejudice as to the plaintiffs' damages, and that the plaintiffs be permitted to file a new motion for damages within thirty days of the R&R's adoption.

Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Scanlon's recommendation for clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013). Having reviewed the record, I find no error and therefore adopt the recommendations described above in their entirety.

2

The Clerk of Court is respectfully directed to enter default judgment against the defendants as to (1) Amador's FLSA and NYLL overtime claims; (2) Ortiz's FLSA and NYLL overtime and minimum-wage claims; and (3) Avila's FLSA and NYLL overtime claims, as well as his NYLL minimum-wage and spread-of-hours claims.

SO ORDERED.

       /s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:    April 7, 2025
         Brooklyn, New York