UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
SANTOS AMADOR, DARWIN ORTIZ,
and MARIO AVILA,

        Plaintiffs,                    JUDGMENT

  v.                                      21-CV-4633 (EK)(VMS)

109-19 FOOD CORP., RUHANA FOOD
INTERNATIONAL LLC, LIBERTY
WHOLESALE FOOD CORP., 241-11
LINDEN FOOD CORP., 16611 FOOD
CORP., RAMIZA FOOD CORP., 351 N.
CENTRAL FOOD CORP., FOOD FARM
CORP., FOOD FARM GROUP, INC.,
SHEAK RIPON a/k/a RONNIE SHEIK,
individually, and SYEDA SHAHTAJ,
individually.,

        Defendants.
----------------------------------------------------------- X

      A Memorandum and Order of Honorable Eric Komittee, United States District Judge, having been filed on April 7, 2025, adopting the Report and Recommendation of Vera M. Scanlon, dated March 14, 2025, directing the Clerk of Court to enter default judgment against the defendants as to (1) Amador's FLSA and NYLL overtime claims; (2) Ortiz's FLSA and NYLL overtime and minimum-wage claims; and (3) Avila's FLSA and NYLL overtime claims, as well as his NYLL minimum-wage and spread-of-hours claims; it is

      ORDERED and ADJUDGED that default judgment is hereby entered against the defendants as to (1) Amador's FLSA and NYLL overtime claims; (2) Ortiz's FLSA and NYLL overtime and minimum-wage claims; and (3) Avila's FLSA and NYLL overtime claims, as well as his NYLL minimum-wage and spread-of-hours claims.

Dated: Brooklyn, NY  
April 8, 2025

Brenna B. Mahoney  
Clerk of Court

By: */s/Jalitza Poveda*  
Deputy Clerk