UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

SANTOS AMADOR; DARWIN ORTIZ; and
MARIO AVILA,

                                           **MEMORANDUM & ORDER**

                    Plaintiffs,          21-CV-4633 (EK)(VMS)

            -against-

109-19 FOOD CORP. ET AL,

                  Defendants.

-------------------------------------x

ERIC KOMITEE, United States District Judge:

      The Court has received Chief Magistrate Judge Scanlon's Report and Recommendation (R&R) dated January 30, 2026.  ECF No. 77.  Judge Scanlon recommends that plaintiffs' motion for damages, attorneys' fees and costs be granted in substantial part.  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Scanlon's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

      Having reviewed the record, I find no error and therefore adopt the R&R in its entirety.  Thus, plaintiffs' motion is granted as set forth below, and denied as to certain

discrete issues laid out in the R&R.  The Clerk of Court is respectfully directed to enter judgment awarding the following:

- As to Santos Amador:

  o $31,312.44 in NYLL overtime-wage compensatory damages;

  o $31,312.44 in NYLL liquidated damages; and

  o $7.72 per day in prejudgment interest from November 23, 2017, until the date of judgment.

- As to Darwin Ortiz:

  o $8,828.00 in NYLL overtime-wage compensatory damages;

  o $24,203.16 in NYLL minimum-wage compensatory damages;

  o $33,031.16 in NYLL liquidated damages; and

  o $8.14 per day in prejudgment interest from January 1, 2020, until the date of judgment.

- As to Mario Avila:

  o $13,887.49 in NYLL overtime-wage compensatory damages;

  o $15,641.50 in NYLL minimum-wage compensatory damages;

  o $399.25 in NYLL spread-of-hours compensatory damages;

  o $29,928.57 in NYLL liquidated damages; and

  o $7.38 per day in prejudgment interest from March 3, 2017, until the date of judgment.

- A fifteen percent increase in plaintiffs' NYLL damages if they remain unpaid more than ninety days after the entry of judgment or the expiration of time to appeal, whichever comes later;

- Attorneys' fees in the amount of $34,589.25;

- Costs in the amount of $5,953.03; and

- Post-judgment interest on the total amount of damages awarded at the rate set forth in 28 U.S.C. § 1961, calculated from the date on which the Clerk of Court enters judgment until the date of payment.

SO ORDERED.

_/s/ Eric Komitee_____
ERIC KOMITEE
United States District Judge

Dated:    March 13, 2026
          Brooklyn, New York